FILED
2014 May-12 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| SABRINA J. FLIPPO, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>AMERICAN POWER SOURCE, )<br>INC., et al., )<br>)<br>Defendants ) | Case No. 6:12-cv-03500-MHH |

## MEMORANDUM OPINION

On April 18, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by defendant be granted as to Counts One (Title VII sexually hostile environment), Two (Title VII sex discrimination) and Four

(Title VII retaliation), and these claims dismissed with prejudice. The courts also accepts the recommendations of the magistrate judge that the court decline to exercise supplemental jurisdiction over Counts Three (negligent hiring, training, supervision and retention), Five (invasion of privacy), Six (assault and battery) and Seven (outrage), and that these claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

DONE this 12th day of May, 2014.

*/s/ Madeline H. Haikala*

_____

MADELINE HUGHES HAIKALA

U.S. DISTRICT JUDGE